**SECOND DIVISION
ANDREWS, P. J.,
MCFADDEN and RAY, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**March 22, 2016**

# In the Court of Appeals of Georgia

A14A0979. SHIRLEY v. THE STATE.

RAY, Judge.

In *Shirley v. State*, 330 Ga. App. 424 (765 SE2d 491) (2014), this Court affirmed the trial court's order denying Michael Scott Shirley's motion to suppress evidence related to images of child pornography seized from his home, finding that the application for a search warrant was supported by probable cause. In *Shirley v. State*, 297 Ga. 722 (777 SE2d 444) (2015), the Supreme Court reversed, determining that the warrant application was insufficient to support probable cause and that Shirley's motion to suppress should have been granted. Accordingly, we vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and reverse the judgment of the trial court.

*Judgment reversed. Andrews, P. J., and McFadden, J., concur*.